

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00447-CR

Raul Daniel **NORRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2019.

_____
Patricia O. Alvarez, Justice